■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM ANDERSON, Appellant. [831 NYS2d 90]—Appeal from a judgment of the Supreme Court, Erie County (Ronald H. Tills, A.J.), rendered May 6, 2005. The judgment convicted defendant, upon his plea of guilty, of rape in the first degree (two counts).

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Scudder, P.J., Gorski, Centra, Green and Pine, JJ.